**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 2 MAL 2016

                 Respondent         :

                                   :   Petition for Allowance of Appeal from
                                   :   the Order of the Superior Court

                v.                 :

                                   :

ANDREA G. PRINCE,              :

                                   :

                 Petitioner         :

## ORDER

**PER CURIAM**

       **AND NOW**, this 30th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.